■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERON THOMAS, Appellant. [755 NYS2d 312] —Appeal by the de-

fendant from a judgment of the County Court, Suffolk County (Pitts, J.), rendered January 14, 1998, convicting her of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly denied her *Batson* motion (*see Batson v Kentucky,* 476 US 79 [1986]) since she failed to make a prima facie showing of discrimination (*see People v Blackford,* 256 AD2d 619, 620 [1998]). The prosecutor's exercise of a peremptory challenge against one black prospective juror fails, without more, to establish a *Batson* violation (*see People v Cousin,* 272 AD2d 477, 478 [2000]; *People v Hinton,* 285 AD2d 476 [2001]; *People v Blackford, supra*).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Krausman, J.P., Schmidt, Crane and Rivera, JJ., concur.